B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO
## BOISE DIVISION

In re  **Wendell Lawrence, Jr.**  
**Kathleen Lydia Lawrence**

Case No.  21-00555-NGH

Chapter  11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................................$250/hour, subject to Court approval of fee applications.  
   Prior to the filing of this statement I have received......................................................$7,500.00  
   Balance Due........................................................................................................ Hourly, subject to Court approval.

2. The source of the compensation paid to me was:  
   ☒ Debtor     ☐ Other (specify)

3. The source of compensation to be paid to me is:  
   ☒ Debtor     ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. All services required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and Local Rules.

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

8/24/2021
Date

Holly Roark                              Bar No.   7143
Roark Law Offices
950 Bannock St. Ste. 1100
Boise, ID 83702
Phone: (208) 536-3638 / Fax: (208) 536-3638

---

Wendell Lawrence, Jr.

Kathleen Lydia Lawrence